

### In The
### Court of Appeals
### Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00115-CR
_____

JAMES ROBERT HENDRIX, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 34301-B

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

James Robert Hendrix appeals from his conviction by a jury for the offense of aggravated sexual assault. The jury assessed his punishment at five years' imprisonment in this case and five years' imprisonment in a separate conviction which is also before this Court on appeal.

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Hendrix v. State*, cause number 06-07-00114-CR, we affirm the judgment of the trial court.

Josh R. Morriss, III
Chief Justice

Date Submitted: June 12, 2008
Date Decided: July 11, 2008

Do Not Publish